IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR170 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MOHAMUD ALI JAMA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR171 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ABDIAZIZ YOSUF MOHAMED, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR172 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAHIR SAHAL and | ) | |
| ABDIRAHMAN FARAH MOHAMED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of counsel for defendants, Mohamud Ali Jama, Abdiaziz Yosuf Mohamed, and Dahir Sahal for an extension of the pretrial motion deadline. The motion was made during the arraignment on the Indictment in a related case of ***U.S. v. Abdiaziz Yosuf Mohamed***, 8:11CR189, on July 20, 2011, due to the volume of discovery material. The government had no objection to the motion. The oral motion was granted.

**IT IS ORDERED:**

1. The oral motion for an extension of time to file pretrial motions is granted. All defendants named above shall have **to on or before September 28, 2011**, in which to file pretrial motions in accordance with the progression orders.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **July 20, 2011, and September 28, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 20th day of July, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge